UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY TRAMMELL,

        Plaintiff,                    CIVIL ACTION NO. 05-60292

v.

                                       HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S**
**REPORT AND RECOMMENDATION**

        The Court, pursuant to 72 (b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept8,1998), has reviewed Magistrate Judge Scheer's report and recommendation, filed August 11, 2006, as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

        Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

                                                    s/John Corbett O'Meara
                                                    UNITED STATES DISTRICT JUDGE

Dated:  October 11, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 11, 2006, by electronic and/or ordinary mail.

                                       s/William Barkholz

                                       Case Manager